# DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION



REILLY V. BONDI, et al.,
CASE 2:25-cv-00950-KCD-NPM (M.D. Fla.)

EXHIBIT 1

Redacted Copy

## REDACTION CODES

P. THE PRIVACY ACT OF 1974, 5 U.S.C. § 552a.

S. PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS. THE DISCLOSURE OF WHICH IS ROUTINGLY GUARDED FOR SECURITY REASONS.



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535-0001

February 12, 2021

Ms. Kelli Ann Reilly
P, S

Dear Ms. Reilly:

This letter is to inform you that, as the FBI Security Programs Manager, I am suspending your Top Secret security clearance effective upon receipt of this letter. The suspension of your security clearance is based on security concerns related to Adjudicative Guideline E - Personal Conduct of the National Security Adjudicative Guidelines for Determining Eligibility for Access to Classified Information or Eligibility to Hold a Sensitive Position. On January 11 and January 14, 2021, you had communications with your supervisor regarding the adjustment of your work assignments resulting from activities that took place at the U.S. Capital on January 6, 2021, and the upcoming Presidential Inauguration. During those communications, you espoused beliefs that demonstrated your potential vulnerability to manipulation and coercion. Additionally, you expressed beliefs in the baseless conspiracy theories put forward by organizations which may involve engaging in acts of violence or criminal activities.

The allegations/facts noted above raise sufficient concerns about your judgment, trustworthiness, and reliability to safeguard classified and sensitive information and, therefore, warrants suspension of your clearance pending further investigation. The suspension of your clearance will continue until the FBI investigation of the underlying matter is completed. At that time, your clearance status will be re-evaluated, and you will be advised accordingly.

The suspension of an employee's access to classified information results in loss of access to controlled FBI space. Accordingly, while your clearance is suspended, you will not be allowed access to FBI space. In addition, you are reminded that while on suspension, you may not represent yourself as an FBI employee, and your authority to fulfill the duties and responsibilities of your position is also suspended.

The Human Resources Division will notify you of any changes to your leave status. Any questions regarding this matter should be directed to SSA P of the Analysis and Investigations Unit, Intelligence and Threat Analysis Section, Security Division, at S.

Sincerely,

Larissa L. Knapp
Executive Assistant Director
Human Resources Branch