IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

Kelli-Ann Reilly,

     Plaintiff,

vs.                                  Case no. 2:25-CV-950-KCD-NPM

U.S. Attorney General, et al.,

     Defendants.

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants United States Attorney General, United States Dept. of Justice, Director, Federal Bureau of Investigation, and Federal Bureau of Investigation hereby serve notice that AUSA Lacy R. Harwell, Jr. shall be substituted in as their counsel of record in this matter, in place and in stead of former AUSA Kevin Huguelet, who has left the United States Attorney's Office.

Dated: June 28, 2026          Respectfully submitted,

                              GREGORY W. KEHOE
                              United States Attorney

          By:    /s/ *Lacy R. Harwell, Jr.*
                 LACY R. HARWELL, JRJune .
                 Assistant United States Attorney
                 Florida Bar No. 714623

Lead Counsel
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel. (813) 274-6000
Fax (813) 274-6200
randy.harwell@usdoj.gov

Certificate of Service

I hereby certify that on June 28, 2026, I caused a true copy of the

foregoing to be filed using the Court's CM/ECF filing system, which will send

an electronic notice of filing.

/s/ *Lacy R. Harwell, Jr.*
LACY R. HARWELL
Assistant United States Attorney