UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Kelli-Ann Reilly ,

      Petitioner

v.

Todd Blanche, et al,

      Defendant.

Notice of Appeal

Case No.: 2:25-cv-00950-KCD-NPM

Docket No. 22

_____

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT

Kelli-Ann Reilly appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on June 18, 2026.

Date: July 27, 2026

*Attorney for* Kelli-ann Reilly

JOHN DAVID KUCHTA, Esq.
C:+1.239.940.2193
T: +1.239.690.6080
FOLEY & WILSON
12481 Brantley Commons Court
| Fort Myers, FL | 33907
jkuchta@robertfoleylaw.com