UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Kelli-Ann Reilly ,

Petitioner

v. Case No.: 2:25-cv-00950-KCD-NPM

Todd Blanche, et al,

Defendant.

---

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Plaintiff respectfully moves this Court, pursuant to Federal Rule of Appellate Procedure 24(a)(1) USCS Fed Rules App Proc R 24 and 28 U.S.C. § 1915 28 USCS § 1915, for leave to proceed in forma pauperis on appeal to the United States Court of Appeals for the Eleventh Circuit. In support, Plaintiff states:

1. The Court entered final judgment in this action on June 18, 2026.
2. Plaintiff has filed a Notice of Appeal seeking review by the United States Court of Appeals for the Eleventh Circuit.
3. Plaintiff cannot pay the appellate filing fees or post security for them. A financial affidavit setting forth Plaintiff's assets, income, expenses, and liabilities accompanies this motion (AO 240)
4. Plaintiff's financial circumstances have deteriorated significantly. She has exhausted her available financial resources, faces severe financial hardship, and risks losing her home. Payment of the appellate filing fee would impose an undue hardship and would effectively prevent appellate review.
5. Plaintiff brings this appeal in good faith, and it is not frivolous. She intends to present substantial legal questions, including:

1. Whether the district court erred in concluding that it lacked subject-matter jurisdiction over Plaintiff's First and Fifth Amendment claims.
2. Whether *Webster v. Doe* permits judicial review of Plaintiff's constitutional claims notwithstanding *Department of the Navy v. Egan*.
3. Whether Congress has clearly expressed an intent to preclude judicial review of Plaintiff's constitutional claims.
4. Whether the district court applied the correct legal standard in dismissing the complaint under Rule 12(b)(1).

WHEREFORE, Plaintiff respectfully asks this Court to grant leave to proceed on appeal in forma pauperis under Federal Rule of Appellate Procedure 24.

Respectfully submitted,

Date: July 27, 2026

*Attorney for* Kelli-ann Reilly

JOHN DAVID KUCHTA, Esq.
C:+1.239.940.2193
T: +1.239.690.6080
FOLEY & WILSON
12481 Brantley Commons Court
| Fort Myers, FL | 33907
jkuchta@robertfoleylaw.com