UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Kelli-Ann Reilly ,

      Petitioner          Appeal No. 26-12621-G

v.                      District Court No: 2:25-cv-00950-KCD-NPM

U. S. Attorney General, et al,

      Defendant.

_____

## CERTIFICATE REGARDING TRANSCRIPT

Appellant respectfully certifies that no transcript of the proceedings

will be ordered in connection with the appeal in this case.

Date: August 13, 2026

*Attorney for* Kelli-ann Reilly

JOHN DAVID KUCHTA, Esq.
C:+1.239.940.2193
T: +1.239.690.6080
FOLEY & WILSON
12481 Brantley Commons Court
| Fort Myers, FL | 33907
jkuchta@robertfoleylaw.com

## Certificate of Compliance

This motion complies with type-volume limit, typeface requirements, and type style requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of 32(a)(6).  It has been prepared in a proportionally spaced typeface using Microsoft Word in 14- point Century Schoolbook and contains 340 words.

**Certificate of Service**

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following via email and cm/ecf delivery:

Lacy R. Harwell , Jr.
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Fax: 813/274-6200
Email: randy.harwell@usdoj.gov