UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY-ANN REILLY,

Plaintiff,
v.

Case No. 2:25-cv-950-KCD-NPM

KASHYAP PATEL, Director of the Federal Bureau of Investigation ("FBI") (official capacity), FBI, PAMELA BONDI, Attorney General of the United States (official capacity), and the UNITED STATES DEPARTMENT OF JUSTICE ("DOJ"),

Defendants.

_____________________________________/

**MOTION FOR LEAVE TO FILE ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM OUT OF TIME AND AMEND MOTION TO ALTER JUDGEMENT CERTIFICATE**

Appellant respectfully moves for leave to file the Eleventh Circuit Transcript Order Form Out of Time. A certificate stating no transcripts will be ordered was due on August 12, 2025 and required to be filed in the District Court and the Eleventh Circuit Court of Appeals. Counsel filed a motion certifying that that no transcript would be ordered on August 13 , 2026 which was out of time and did not contain the Eleventh Circuit Transcript Order Form. Counsel files that form today. The delay was the result of counsel's oversight and failure to timely file the form was not attributable to any intentional disregard of

the Court's rules or deadlines. Appellant respectfully requests this Court to grant leave to file the attached document out of time.

Date: August 18, 2026

*Attorney for* Kelli-ann Reilly

JOHN DAVID KUCHTA, Esq.
C:+1.239.940.2193
T: +1.239.690.6080
FOLEY & WILSON
12481 Brantley Commons Court
| Fort Myers, FL | 33907
jkuchta@robertfoleylaw.com

## Certificate of Service

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following via email and cm/ecf delivery:

Lacy R. Harwell , Jr.
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Fax: 813/274-6200
Email: randy.harwell@usdoj.gov