# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 24, 2026

Clerk - Middle District of Florida
U.S. District Court
U.S. Courthouse and Federal Building
2110 1ST ST
FORT MYERS, FL 33901

Appeal Number: 26-12621-GG
Case Style: Kelli-Ann Reilly v. U.S. Attorney General, et al.,
District Court Docket No: 2:25-cv-00950-KCD-NPM

The referenced appeal was dismissed on October 21st.

Enclosed herewith is a copy of this court's order reinstating the appeal.

Appellees' brief is due 30 days from the date of this letter.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

REINST-1 Court Order Reinstatement

In the

# United States Court of Appeals

For the Eleventh Circuit

No. 26-12621

KELLI-ANN REILLY,

*Plaintiff-Appellant,*

*versus*

U.S. ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATIONS,

*Defendants-Appellees.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:25-cv-00950-KCD-NPM

Before GRANT and LAGOA, Circuit Judges.

BY THE COURT:

"Appellant's Unopposed Motion to Set Aside Dismissal, Reopen Appeal, and for Extension of Time to File Corrective Appendix" is GRANTED.

The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.